UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-__00272-HZ_____ |
| v. | INFORMATION |
| EZRA K. MEYERS, | 41 C.F.R. § 102.74.385 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about July 24, 2020, in the District of Oregon, the defendant **EZRA K. MEYERS** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40 United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: July 24, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_/s Parakram Singh_____
Parakram Singh, OSB #134871
Assistant United States Attorney

**Misdemeanor Information**    **Page 1**