UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00272-HZ |
| v. | ORDER DISMISSING INFORMATION WITH PREJUDICE |
| EZRA K. MEYERS, | |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss with prejudice the Information, charging the defendant with violating 40 C.F.R. §§ 1315 and 41, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Information, charging the defendant with violating 40 C.F.R. §§ 1315 and 41 in the above-captioned matter is DISMISSED with prejudice.

Dated: January  31 , 2021

_____
HONORABLE MARCO A. HERNÁNDEZ
Chief United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney